CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:16−cv−09277−JMF
*Internal Use Only*

Three Amigos Rest. Inc. v. Alphonse Hotel,Corp. et al  
Assigned to: Judge Jesse M. Furman  
Cause: 28:1452 RRre motions to remand (non−core)

Date Filed: 12/01/2016  
Date Terminated: 12/12/2016  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Local Question

**Plaintiff**

**Three Amigos Rest. Inc.**      represented by **Pincus David Carlebach**  
Law Offices of David Carlebach  
40 Exchange Place  
New York, NY 10005  
(212) 785−3041  
Fax: (212) 785−3618  
Email: david@carlebachlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Alphonse Hotel,Corp.**

**Defendant**

**250 West 43 Owner LLC**

**Defendant**

**250 West 43 Owner II LLC**

**Defendant**

**250West 43 Owner III LLC**

**Defendant**

**Athene Annuity and Life Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2016 | 2 | **FILING ERROR − PDF ERROR** − CIVIL COVER SHEET filed. (Carlebach, Pincus) Modified on 12/2/2016 (pc). (Entered: 12/01/2016) |
| 12/02/2016 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION.** Notice to attorney Pincus David Carlebach. The party information for the following party/parties has been modified: Three Amigos Rest. Inc.. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly. (pc) (Entered: 12/02/2016) |
| 12/02/2016 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING.** Notice to Attorney Pincus David Carlebach to RE−FILE Document No. 1 Notice of Removal,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; Caption title cites Eastern District of New York. Re−file the pleading using the event type Notice of Removal found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. If the deficiency/deficiencies are not corrected within five (5) days per |

| | | |
|---|---|---|
| | | **Standing Order 15–mc–00131 this case will be administratively closed. Initial Pleading due by 12/7/2016. (pc)** Modified on 12/2/2016 (pc). (Entered: 12/02/2016) |
| 12/02/2016 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Pincus David Carlebach to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Basis of Jurisdiction was not selected. (pc)** (Entered: 12/02/2016) |
| 12/02/2016 | | ****DELETED DOCUMENT. Deleted document number 1 Notice of Removal. The document was incorrectly filed in this case. (pc)** (Entered: 12/02/2016) |
| 12/07/2016 | 3 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 162228/2014..Document filed by Three Amigos Rest. Inc..(Carlebach, Pincus) (Entered: 12/07/2016) |
| 12/08/2016 | | ****NOTICE TO ATTORNEY REGARDING CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Pincus David Carlebach. The following case opening statistical information was erroneously selected/entered: Cause of Action code 11:101. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 28:1452. (pc)** (Entered: 12/08/2016) |
| 12/08/2016 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jesse M. Furman. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 12/08/2016) |
| 12/08/2016 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (pc) (Entered: 12/08/2016) |
| 12/08/2016 | | Case Designated ECF. (pc) (Entered: 12/08/2016) |
| 12/12/2016 | 4 | ORDER: Pursuant to the Amended Standing Order of Reference, In the Matter of: Standing Order of Reference Re: Title 11, 12–MC–32 (Jan. 31, 2012), the Clerk of Court is directed to refer this case to the United States Bankruptcy Court for the Southern District of New York, where Plaintiffs bankruptcy proceedings are pending. See In re Three Amigos SJL Rest., Inc., Chapter 11 Case No. 16–13341 (SMB). The Clerk of Court is directed to then close the case on this Court's docket. (Signed by Judge Jesse M. Furman on 12/12/2016) (mro) (Entered: 12/12/2016) |
| 12/12/2016 | | Transmission to the Case Openings Clerk. Transmitted re: 4 Order Referring Case to Bankruptcy Court to the Case Openings Clerk for case processing. (mro) (Entered: 12/12/2016) |
| 12/12/2016 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York. (laq) (Entered: 12/19/2016) |