```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
THREE AMIGOS REST. INC.,  :
 :
                  Plaintiff,  :     16-CV-9277 (JMF)
 :
      -v-  :     ORDER
 :
ALPHONSE HOTEL, CORP., et al.,  :
 :
                  Defendants.  :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Amended Standing Order of Reference, *In the Matter of: Standing Order of Reference Re: Title 11*, 12-MC-32 (Jan. 31, 2012), the Clerk of Court is directed to refer this case to the United States Bankruptcy Court for the Southern District of New York, where Plaintiff's bankruptcy proceedings are pending. *See In re Three Amigos SJL Rest., Inc.*, Chapter 11 Case No. 16-13341 (SMB). The Clerk of Court is directed to then close the case on this Court's docket.

      SO ORDERED.

Dated: December 12, 2016
       New York, New York

                                                 _____
                                                 JESSE M. FURMAN
                                              United States District Judge